4

Defendant's counsel moved for a new struck jury, which plaintiff's counsel insisted should be at defendant's expense of striking, as had been done in *Conwell v. Conwell*. But this not appearing on reference to the record, and the clerk asserting practice to be otherwise, the Court directed the costs to abide the event of the suit.

## BURTON'S LESSEE v. PRETTYMAN.

Supreme Court. November 3, 1793.

*Read's Notebook, 3.**

*Bayard,* counsel for [——],[1] said the former Chief Justice had said he knew of no rule of practice, "that had been established by our courts, but this, that a struck jury should continue until a new application," to which the CHIEF JUSTICE READ replied, "I have heard the former Chief Justice complain that the struck juries stood too long, and I am of opinion if they stand longer than one term, it is by agreement."

[NOTE.] It is the law in England, *vide* 1 Term 453.

## HALL v. FIELD and WILTBANK.

Supreme Court. November 3, 1793.

*Read's Notebook, 3.†*

---

* This case is also reported in *Wilson's Red Book, 6.*

1 Blank in manuscript.

† This case is also reported in *Wilson's Red Book, 6.*